PHEBE A. HENDERSON, Respondent, *v.* CAROLINE I. HADDEN et al., Appellants.

Reported below, 2 App. Div. 617.
(Argued November 30, 1896; decided December 8, 1896.)

MOTION for a new undertaking or to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, rendered at the March term, 1896, which affirmed a judgment in favor of plaintiff.

*James Henderson* for motion.

Motion granted, and appellants required to file new undertaking and serve copy thereof within twenty days after service of copy of order herein, or the appeal to be dismissed and the order or judgment appealed from executed as if original undertaking had not been given, with ten dollars costs of this motion to respondent to abide event.

---

WILKIN KUHLMANN et al., Appellants, *v.* THE CITY OF BROOKLYN, Respondent.

(Argued November 30, 1896; decided December 8, 1896.)

MOTION for reargument denied, with ten dollars costs. (See 149 N. Y. 584.)